E-FILED
Wednesday, 30 October, 2024  02:52:39 PM
Clerk, U.S. District Court, ILCD

**IN 75 26 07 18**

★ ★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# IMPORTANT INFORMATION REGARDING YOUR INSURANCE

This notice is to advise you that should any complaints arise regarding this insurance, you may contact the following.

If you have questions about your insurance, please contact your agent.  If you do not have an agent, feel free to contact us at:

Nationwide Insurance Company
Attn: Customer Relations
One West Nationwide Bl
Columbus OH 43215-2220
Phone: 877-669-6877
Web:  www.nationwide.com

If you need assistance from the government agency that regulates insurance or have an unresolved complaint with your insurer, please contact the Illinois Department of Insurance by mail, telephone, or email at:

**Springfield Office:**
Illinois Department of Insurance
320 West Washington Street
Springfield, IL 62767-0001
Main: (217) 782-4515
Main Fax: (217) 782-5020
Consumer Complaints Fax: (217) 558-2083
TDD: (866) 323-5321
Email: consumer_complaints@ins.state.il.us

or

**Chicago Office:**
Illinois Department of Insurance
122 S. Michigan Ave. 19th Floor
Chicago, IL 60603
Main: (312) 814-2420
Consumer Complaints: (312) 814-2420
Fax: (312) 814-5416
TDD: (866) 323-5321

**What you need to do**
Please keep this information with your insurance policy for handy reference.

**You can always count on us to be there**
We appreciate your business and look forward to continuing to serve you.

**IN 75 26 07 18**                                                                                    **Page 1 of 1**

ACP CAA 3037281342                                    INSURED                                    43   0017382

**EXHIBIT B1**

**UMB 1 (12-98)**

**DECLARATIONS**

**RENEWAL**

**COMMERCIAL UMBRELLA LIABILITY INSURANCE POLICY**
**AMCO INSURANCE COMPANY**
**1100 LOCUST ST DEPT 1100**
**DES MOINES IA**          **503912000**

Policy Number: **ACP CAA 3037281342**

**ITEM 1**
Named Insured: **MISSOURI FIESTA, INC**
**ITEM 2**               **PCN RESTAURANTS, INC**
Address:                **405 US HIGHWAY 50 W STE 500**
                        **UNION**               **MO**          **630841967**

Agent:   **SCHROEDER INSURANCE AGENCY**
Address:  **WASHINGTON MO**               **63090**          **43 24  22413  0012**

**ITEM 3**
Policy Period : From 12:01 A.M., **07/21/18**  to 12:01 A.M., **07/21/19**

**ITEM 4**
Schedule of Underlying Insurance:  See Endorsement No.  UMB 00 01

**ITEM 5**
Retained Limit Aggregate: **NONE**

**ITEM 6**
Limits of Insurance:               a)**$10,000,000**Each Occurrence
                                   b)**$10,000,000**Products - Completed Operations Aggregate
                                   c)**$10,000,000**Other Aggregate

**ITEM 7**
Coverage               X  A - Excess Follow Form Liability Insurance
                       X  B - Umbrella Liability Insurance

**ITEM 8**
Premium :                              Amount

**ITEM 9**

| Endorsements: | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **UMB0001** | 0309 | **UMB0002** | 0413 | **UMB1200** | 0118 | **UMB1205** | 0310 | **UMB0052** | 0115 |
| **UMB1206** | 0406 | **IN7526** | 0718 | **UMB1208** | 0310 | **UMB1210** | 0710 | **UMB1211** | 0911 |
| **UMB7009** | 1013 | **UMB7010** | 0514 | 13614 | 0789 | **UMB0096** | 0111 | **UMB0028** | 0413 |

Renewal or Replacement No. **ACP CAA 3027281342**

Countersigned By _____

                        Authorized Representative

**UMB 1 (12-98)**

**AMCO INSURANCE COMPANY**

**IN WITNESS WHEREOF** the Company has caused this policy to be signed by its president and secretary and countersigned on the declarations page by a duly authorized representative of the company.

SECRETARY                                        PRESIDENT

**AMCO INSURANCE COMPANY**

## COMMERCIAL UMBRELLA LIABILITY
### FORMS AND ENDORSEMENTS SUMMARY

Period:

Number: **ACP CAA**   **3037281342**

From **07/21/18**   To **07/21/19**

| FORM/ENDORSEMENT | DATE | TITLE |
|---|---|---|
| IN7526 | 0718 | IMPORTANT INFORMATION REGARDING YOUR INSURANCE |
| UMB0001 | 0309 | SCHEDULE OF UNDERLYING INSURANCE |
| UMB0002 | 0413 | COMMERCIAL UMBRELLA LIABILITY POLICY |
| UMB0028 | 0413 | LIMITATION OF COVERAGE TO DESIGNATED PREMISES - COVERAGE B |
| UMB0052 | 0115 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| UMB0096 | 0111 | EXCLUSION ENDORSEMENT - ILLINOIS JOINT TORTFEASOR ACT - COVE |
| UMB1200 | 0118 | ILLINOIS CHANGES - CANCELLATION AND NONRENEWAL |
| UMB1205 | 0310 | ILLINOIS ASBESTOS, LEAD OR RADON EXCLUSION - COVERAGE B |
| UMB1206 | 0406 | ILLINOIS CHANGE - DEFENSE COSTS |
| UMB1208 | 0310 | ILLINOIS PUNITIVE DAMAGES EXCLUSION - COVERAGE A&B |
| UMB1210 | 0710 | ILLINOIS TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEP |
| UMB1211 | 0911 | ILLINOIS CHANGES - CIVIL UNION |
| UMB7009 | 1013 | POLLUTION EXCLUSION AMENDMENT - COVERAGE A AND COVERAGE B |
| UMB7010 | 0514 | EXCLUSION-ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL I |
| 13614 | 0789 | SPECIAL CONTINUATION PROVISION |

17206 (07-98)

Policy Number:    **ACP CAA 3037281342**
Policy Period:    **07/21/18**   to   **07/21/19**

---

ITEM 4.
Schedule Of Underlying Insurance (as identified by the entry of a company name, policy number, policy period and limits):

---

| | Limits ($) | |
|---|---|---|
| Commercial General Liability  or | | |
| **X** Businessowners Liability | **2000000** | General Aggregate |
| **DEPOSITORS** | **2000000** | Products-Completed Operations Aggregate |
| Policy Number:   **ACP BPFD 3037281342** | **1000000** | Personal and Advertising Injury |
| Policy Period:   **07/21/18**     to   **07/21/19** | **1000000** | Each Occurrence |

---

| | Limits ($) | |
|---|---|---|
| Commercial Auto Liability | | |
| **NATIONWIDE MUTUAL INS CO** | **1000000** | Each Accident |
| Policy Number:   **ACP BA 3037281342** | | |
| Policy Period:   **07/21/18**     to   **07/21/19** | | |

---

| | Limits ($) | |
|---|---|---|
| **X** Employer's Liability  or | | |
| Stop Gap Liability | | |
| **AMCO** | **500000** | Bodily Injury by Accident - Each Accident |
| Policy Number:   **ACP WCA 3037281342** | **500000** | Bodily Injury by Disease – Each Employee |
| Policy Period:   **07/21/18**     to   **07/21/19** | **500000** | Bodily Injury by Disease – Policy Limit |

---

| | Limits ($) |
|---|---|
| Policy Number: | |
| Policy Period:                 to | |

---

| | Limits ($) |
|---|---|
| Policy Number: | |
| Policy Period:                 to | |

---

| | Limits ($) |
|---|---|
| Policy Number: | |
| Policy Period:                 to | |

---

| | Limits ($) |
|---|---|
| Policy Number: | |
| Policy Period:                 to | |

---

IMPORTANT NOTICE: RESTRICTIONS, LIMITATIONS AND EXCLUSIONS TO THE ABOVE SCHEDULED UNDERLYING INSURANCE (OR ANY REPLACEMENTS THEREOF) WILL ACT AS RESTRICTIONS, LIMITATIONS AND EXCLUSIONS TO COVERAGE A OF THIS POLICY.

**UMB 00 02 04 13**

# QUICK REFERENCE

## COMMERCIAL UMBRELLA LIABILITY POLICY

### READ YOUR POLICY CAREFULLY

|  | Page Number |
|---|---|
| DECLARATIONS PAGE | |
|     Named Insured Mailing Address | |
|     Policy Period | |
|     Coverages and Limits of Insurance | |
|     Endorsements | |
| INSURING AGREEMENTS | 2 |
| DEFENSE AND SUPPLEMENTARY PAYMENTS | 3 |
| LIMITS OF INSURANCE | 4 |
| EXCLUSIONS | 5 |
| DEFINITIONS | 12 |
| CONDITIONS | 16 |
| NUCLEAR ENERGY LIABILITY EXCLUSION | 19 |
| ENDORSEMENTS – FOLLOWING THE LAST PAGE OF YOUR POLICY | |

**UMB 00 02 04 13**  **Includes copyrighted material of Insurance Services Office, Inc., with its permission.**  **Page 1 of 20**

ACP CAA 3037281342  INSURED  43  0017387

UMB 00 02 04 13

# COMMERCIAL UMBRELLA LIABILITY POLICY

Various provisions in this policy restrict coverage. Please read the entire policy and any "underlying insurance" carefully to determine rights, duties and what is covered and not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us", and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotation marks are defined in this policy. These definitions are found in the Definitions section or the specific policy provision where they appear.

## INSURING AGREEMENTS

**A. Coverage A - Excess Follow Form Liability Insurance**

1. Under Coverage A, we will pay on behalf of the "insured" that part of "loss" covered by this insurance in excess of the total applicable limits of "underlying insurance", provided the injury or offense takes place during the Policy Period of this policy. The terms and conditions of "underlying insurance" are, with respect to Coverage A, made a part of this policy except with respect to:

   **a.** any contrary provision contained in this policy; or

   **b.** any provision in this policy for which a similar provision is not contained in "underlying insurance".

2. With respect to the exceptions stated above, the provisions of this policy will apply.

3. The amount we will pay for damages is limited as described in Limits of Insurance.

4. Notwithstanding anything to the contrary contained above, if "underlying insurance" does not cover "loss" for reasons other than exhaustion of an aggregate limit of insurance by payment of claims, then we will not cover such "loss".

5. We have no obligation under this insurance with respect to any claim or "suit" settled without our consent.

6. If we are prevented by law from paying on behalf of the "insured" for coverage provided under this insurance, then we will indemnify the "insured".

7. With respect to any coverage provided by "underlying insurance" that is on a claims-made basis:

   **a.** this insurance does not apply to "injury or damage" which occurred before the Retroactive Date, if any, shown in the "underlying insurance", or which occurs after the policy period; and

   **b.** the aggregate limit shall not be reinstated on this insurance except by endorsement thereon.

**B. Coverage B - Umbrella Liability Insurance**

1. Under Coverage B, we will pay on behalf of the "insured" damages the "insured" becomes legally obligated to pay by reason of liability imposed by law because of "bodily injury", "property damage", or "personal and advertising injury" covered by this insurance which takes place during the Policy Period and is caused by an "occurrence". We will pay such damages in excess of the Retained Limit Aggregate specified in the Declarations or the amount payable by "other insurance", whichever is greater.

2. Damages because of "bodily injury" include damages claimed by any person or organization for care or loss of services resulting at any time from "bodily injury".

3. This coverage applies anywhere.

4. The amount we will pay is limited as described in Limits of Insurance.

5. Coverage B will not apply to any loss, claim or "suit" for which insurance is afforded under "underlying insurance" or would have been afforded except for the exhaustion of the limits of insurance of "underlying insurance".

6. We have no obligation under this insurance with respect to any claim or "suit" settled without our consent.

7. If we are prevented by law from paying on behalf of the "insured" for coverage provided under this insurance, then we will indemnify the" insured".

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

UMB 00 02 04 13

ACP CAA 3037281342

INSURED

UMB 00 02 04 13

8. This insurance applies to "bodily injury" and "property damage" only if:

   a. The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

   b. The "bodily injury" or "property damage" occurs during the "policy period"; and

   c. Prior to the "policy period", no "insured" and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed "insured" or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the "policy period" will be deemed to have been known prior to the "policy period".

9. "Bodily injury" or "property damage" which occurs during the "policy period" and was not, prior to the "policy period", known to have occurred by any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the "policy period".

10. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any "insured" or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

    a. Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

    b. Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

    c. Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

11. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the "policy period".

control of the investigation, settlement or defense of any claim or "suit" against the "insured" for damages covered by this policy:

1. under Coverage A, when the applicable limit of "underlying insurance" has been exhausted by payment of claims; or

2. under Coverage B, when damages are sought for "bodily injury", "property damage", or "personal and advertising injury" to which no "underlying insurance" or "other insurance" applies.

B. In those circumstances where paragraph A. above applies, in addition to the applicable Limits of Insurance we will pay our expenses and the following to the extent that they are not included in "underlying insurance":

1. Up to $3,000 for the cost of bail bonds. We do not have to furnish these bonds.

2. The cost of bonds to release attachments, but only for bond amounts within the amount of insurance available. We do not have to furnish these bonds.

3. All reasonable expenses incurred by the "insured" at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

4. All court costs taxed against the "insured" in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the "insured";

5. Pre-judgment interest awarded against the "insured" on that part of the judgment we become obligated to pay. However, if we make an offer to pay the applicable Limit of Insurance, we will not pay any pre-judgment interest based on that period of time after the offer.

6. All interest awarded against the "insured" on that amount of any judgment that is within the applicable Limits of Insurance that we become obligated to pay that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court that part of the judgment we are obligated to pay.

   These Payments will not reduce the limits of insurance.

---

## DEFENSE AND SUPPLEMENTARY PAYMENTS

### Applicable to Coverage A and Coverage B

A. We have the right and the duty to assume

UMB 00 02 04 13

**C.** In those circumstances where paragraph **A.** above does not apply we do not have the duty to assume control of the investigation, settlement or defense of any claim or "suit" against the insured. We do, however, have the right to participate in the investigation, settlement or defense of any claim or "suit" that we feel may create liability on our part under the terms of this policy. If we exercise this right, we will do so at our expense.

We will not defend any "suit" after we have exhausted the applicable Limit of Insurance as stated in the Declarations.

If we are prevented by law or otherwise from carrying out the provisions of this section, DEFENSE AND SUPPLEMENTARY PAYMENTS, we will pay any expense incurred with our consent.

## LIMITS OF INSURANCE

**A. Applicable to Coverage A and Coverage B**

1. With respect to Coverage A and Coverage B, the Limits of Insurance shown in the Declarations and the rules below determine the most we will pay, regardless of the number of:

   **a.** "insureds";

   **b.** claims made or "suits" brought against any or all "insureds";

   **c.** coverages provided under this policy; or

   **d.** persons or organizations making claims or bringing "suits".

2. The Limits of Insurance of this policy will apply as follows:

   **a.** The limit for Each Occurrence stated in the Declarations is the most we will pay for all damages arising out of any one "occurrence" even if such damages are covered, in whole or in part, under both Coverage A and Coverage B.

   Any amount paid for damages arising out of an "occurrence" will reduce the amount of the applicable aggregate limit of insurance available for payment of damages arising out of any other "occurrence".

   If the applicable aggregate limit of insurance has been reduced by payment of damages to an amount that is less than the limit of Each Occurrence stated in the Declarations, the remaining aggregate limit of insurance is the most that will be available for payment of damages arising out of any other "occurrence".

   **b.** Subject to paragraph **2.a.** above, the limit stated in the Declarations for the Products-Completed Operations Aggregate is the most we will pay for all damages under the "products-completed operations hazard".

   **c.** Subject to paragraph **2.a.** above, the limit stated in the Declarations for the Other Aggregate is the most we will pay for all damages under Coverage A, or separately under Coverage B, except for:

      **1)** damage covered under the "products-completed operations hazard" or,

      **2)** damage covered under "underlying insurance" to which no underlying aggregate limit applies.

3. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the Policy Period shown in the Declarations, unless the Policy Period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the preceding period for purposes of determining the Limits of Insurance.

**B. Applicable to Coverage A Only**

1. With respect to Coverage A and subject to paragraphs **2.a.**, **2.b.** and **2.c.** above:

   **a.** if the limits of "underlying insurance" have been reduced by payment of "loss", this policy will immediately apply excess of the reduced underlying limit; or

   **b.** if the limits of "underlying insurance" have been exhausted by payment of loss, this policy will continue in force as "underlying insurance".

2. The provisions of **1.a.** and **1.b.** above apply to injury or offense which takes place before the expiration of this policy or the underlying policy, whichever comes first.

Page 4 of 20      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      UMB 00 02 04 13

ACP CAA 3037281342                              INSURED                              43   0017390

# EXCLUSIONS

## A. Applicable to Coverage A and Coverage B

Under Coverage A and Coverage B, this insurance does not apply to:

**1.** Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**2.** E. R. I. S. A.

Any obligation of the insured under the Employees' Retirement Income Security Act of 1974 (E. R. I. S. A.), and any amendments thereto or any similar federal, state or local statute.

**3.** Auto Coverages

Any loss, cost or expense payable under or resulting from any first-party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

**4.** Abuse or Molestation

"Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

**b.** The negligent:

**1)** Employment;

**2)** Investigation;

**3)** Supervision;

**4)** Reporting to the proper authorities, or failure to so report; or

**5)** Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **a.** above.

**5.** Cross Suits

"Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" sustained by any Named insured shown in the Declarations arising out of the activities or operations of any other Named Insured shown in the Declarations.

**6.** Damage To "Your Product"

"Injury or damage" or "property damage" to "your product" arising out of it or any part of it.

**7.** Damage To "Your Work"

"Injury or damage" or "property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**8.** Employment-related Practices

"Injury or damage", "bodily injury" or "personal and advertising injury" to:

**a.** A person arising out of any:

**1)** Refusal to employ that person;

**2)** Termination of that person's employment; or

**3)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**b.** The spouse, child, parent, brother or sister of that person as a consequence of "injury or damage", "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **1), 2)** or **3)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraph **1), 2)** or **3)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**9.** Fungi Or Bacteria

**a.** "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents,

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP CAA 3037281342

INSURED

UMB 00 02 04 13

regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such "injury or damage", "bodily injury", "property damage", or "personal and advertising injury".

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**10.** Punitive Damages

Any punitive or exemplary damages, fines or penalties.

**11.** Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**12.** Silica Or Silica-Related Dust

**a.** "Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

**b.** Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**13.** Asbestos, Electronic Emissions, Lead or Radon

"Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.** Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

**b.** Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

**c.** Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

**d.** Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions.

**B. Applicable to Coverage A Only**

The exclusions applicable to the "underlying insurance" also apply to this insurance. Additionally, this insurance does not apply to:

**1.** Damage To Property

"Injury or damage" to:

**a.** Property:

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

INSURED

1) You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

2) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

**b.** Premises you sell, give away or abandon, if the "injury or damage" arises out of any part of those premises;

**c.** Property loaned to you;

**d.** Personal property in the care, custody or control of the insured;

**e.** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "injury or damage" arises out of those operations; or

**f.** That particular part of any property that must be restored, repaired or replaced because your work (as defined in the "underlying insurance") was incorrectly performed on it.

Paragraph **b.** of this exclusion does not apply if the premises are your work (as defined in the "underlying insurance") and were never occupied, rented or held for rental by you.

Paragraphs **a.2), c., d., e.** and **f.** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs **c.** and **d.** of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph **f.** of this exclusion does not apply to "injury or damage" included in the "products-completed operations hazard".

## 2. Auto Pollution

"Injury or damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**a.** That are, or that are contained in any property that is:

1) Being transported or towed by, handled or handled for movement into, onto or from the "covered auto";

2) Otherwise in the course of transit by or on behalf of the "insured"; or

3) Being stored, disposed of, treated or processed in or upon the "covered auto";

**b.** Before the "pollutants" or any property in which the "pollutants" are contained are moved from the place where they are accepted by the "insured" for movement into or onto the "covered auto"; or

**c.** After the "pollutants" or any property in which the "pollutants" are contained are moved from the "covered auto" to the place where they are finally delivered, disposed of or abandoned by the "insured".

Paragraph **a.** above does not apply to fuels, lubricants, fluids, exhaust gases or other similar "pollutants" that are needed for or result from the normal electrical, hydraulic or mechanical functioning of the "covered auto" or its parts, if:

1) The "pollutants" escape, seep, migrate or are discharged, dispersed or released directly from an "auto" part designed by its manufacturer to hold, store, receive or dispose of such "pollutants"; and

2) The "injury or damage" or "covered pollution cost or expense" does not arise out of the operation of any equipment listed in Paragraphs **10.b.** and **10.c.** of the definition of "mobile equipment".

Paragraphs **b.** and **c.** above of this exclusion do not apply to "occurrences" that occur away from premises owned by or rented to an "insured" with respect to "pollutants" not in or upon a "covered auto" if:

1) The "pollutants" or any property in which the "pollutants" are contained are upset, overturned or damaged as a result of the maintenance or use of a "covered auto"; and

2) The discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused directly by such upset, overturn or damage.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

ACP CAA 3037281342

UMB 00 02 04 13

**3. Other Than Auto Pollution**

**a.** "Injury or damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**1)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**a)** "Injury or damage" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**b)** "Injury or damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

**c)** "Injury or damage" arising out of heat, smoke or fumes from a "hostile fire";

**2)** At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

**3)** Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

**a)** Any insured; or

**b)** Any person or organization for whom you may be legally responsible; or

**4)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any

insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

**a)** "Injury or damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "injury or damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

**b)** "Injury or damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

**c)** "Injury or damage" arising out of heat, smoke or fumes from a "hostile fire".

**5)** At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

UMB 00 02 04 13

**b.** Any loss, cost or expense arising out of any:

1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "injury or damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**C. Applicable to Coverage B Only**

Under Coverage B, this insurance does not apply to:

**1.** Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**2.** Contractual Liability

"Bodily injury", "property damage" or "personal and advertising injury" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement.

This exclusion does not apply to liability for damages that the "insured" would have in the absence of the contract or agreement.

**3.** Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**a.** Causing or contributing to the intoxication of any person;

**b.** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**c.** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the:

1) The supervision, hiring, employment, training or monitoring of others by that "insured"; or

2) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage" involved that which is described in paragraph a., b., or c.

**4.** Auto Coverages

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" within the United States of America, including its possessions and territories; Puerto Rico; and Canada, or while "autos" are being transported between these places.

**5.** Employer's Liability

"Bodily injury" to:

**a.** An "employee" of the insured arising out of and in the course of:

1) Employment by the insured; or

2) Performing duties related to the conduct of the insured's business; or

**b.** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **a.** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**6.** Aircraft Or Watercraft

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED

UMB 00 02 04 13

damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any "insured".

7. Racing Activities

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

8. War

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

a. War, including undeclared or civil war;

b. Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

c. Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

9. Damage To Property

"Property damage" to:

a. Property:

1) You own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

2) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

b. Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

c. Property loaned to you;

d. Personal property in the care, custody or control of the insured;

e. That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing

operations, if the "property damage" arises out of those operations; or

f. That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

10. Damage To Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

a. A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

b. A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

11. Recall Of Products, Work Or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

a. "Your product";

b. "Your work"; or

c. "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

12. Professional Services

"Bodily injury", "property damage" and "personal and advertising injury" due to the rendering of or failure to render any professional service. This includes but is not limited to:

a. Legal, accounting or advertising services;

b. Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings or specifications;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED

UMB 00 02 04 13

**c.** Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

**d.** Engineering services, including related supervisory or inspection services;

**e.** Medical, surgical, dental, X-ray or nursing services treatment, advice or instruction;

**f.** Any health or therapeutic service treatment, advice or instruction;

**g.** Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

**h.** Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body-building or physical training programs;

**i.** Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

**j.** Body piercing or tattooing services;

**k.** Services in the practice of pharmacy;

**l.** Law enforcement or firefighting services; and

**m.** Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

This exclusion applies even if the claims against any "insured" allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that "insured", if the "occurrence" which caused the "bodily injury", "property damage" or "personal and advertising injury" involved the rendering of or failure to render any professional service,

**13.** Recording And Distribution Of Material Or Information In Violation Of Law

"Bodily injury", "property damage" or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**a.** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**b.** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**c.** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**d.** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

**14.** "Personal and Advertising Injury"

**a.** Knowing Violation Of Rights Of Another

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b.** Material Published With Knowledge Of Falsity

Arising out of oral or written publication, in any manner, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c.** Material Published Prior To Policy Period

Arising out of oral or written publication, in any manner, of material whose first publication took place before the beginning of the policy period.

**d.** Criminal Acts

Arising out of a criminal act committed by or at the direction of the insured.

**e.** Breach Of Contract

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**f.** Quality Or Performance Of Goods – Failure To Conform To Statements

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**g.** Wrong Description Of Prices

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

INSURED

UMB 00 02 04 13

**h.** Infringement Of Copyright, Patent, Trademark, Trade Secret Or Trade Name

Arising out of the infringement of copyright, patent, trademark, trade secret, trade name, or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**i.** Insureds In Media And Internet Type Businesses

Committed by an insured whose business is:

**1)** Advertising, broadcasting, publishing or telecasting;

**2)** Designing or determining content of websites for others; or

**3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **13.a.**, **b.** and **c.** of "personal and advertising injury" under the **DEFINITIONS** section, **C. Applicable to Coverage B Only**.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**j.** Electronic Chatrooms Or Bulletin Boards

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**k.** Unauthorized Use Of Another's Name Or Product

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**15. Pollution**

**a.** Bodily injury", "property damage" or "personal and advertising injury" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

**b.** Any loss, cost or expense arising out of any:

**1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

---

## DEFINITIONS

**A. Applicable to Coverage A and Coverage B**

As used in Coverage A and Coverage B:

**1.** "Auto" means:

**a.** a Land motor vehicle, trailer or semi-trailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**2.** "Covered auto" means only those "autos" to which "underlying insurance" applies.

**3.** "Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

**4.** "Loss" means those sums actually paid in the settlement or satisfaction of a claim

which the "insured" is legally obligated to pay as damages because of injury or offense, after making proper deductions for all recoveries and salvage.

**5.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

**b.** vehicles maintained for use solely on or next to premises you own or rent;

**c.** vehicles that travel on crawler treads;

**d.** vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

    **1)** power cranes, shovels, loaders, diggers or drills; or

    **2)** road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

    **1)** air compressors, pumps and generators including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

    **2)** cherry pickers and similar devices used to raise or lower workers;

**f.** vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

    **1)** equipment designed primarily for:

        **a)** snow removal;

        **b)** road maintenance, but not construction or resurfacing; or

        **c)** street cleaning;

    **2)** cherry pickers, and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

    **3)** air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

**6.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**7.** "Other insurance" means a policy of insurance affording coverage that this policy also affords. "Other insurance" includes any type of self-insurance or other mechanism by which an "insured" arranges for funding of legal liabilities.

"Other insurance" does not include "underlying insurance" or a policy of insurance specifically purchased to be excess of this policy affording coverage that this policy also affords.

**8.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**9.** "Products-completed operations hazard" means all "injury or damage", "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

**a.** products that are still in your physical possession; or

**b.** work that has not yet been completed or abandoned. "Your work" will be deemed completed at the earliest of the following times:

    **1)** when all of the work called for in your contract has been completed;

    **2)** when all the work to be one at the site has been completed if your contract calls for work at more than one site; or

    **3)** when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

This hazard does not include "injury or damage", "bodily injury" or "property damage" arising out of:

ACP CAA 3037281342      INSURED      43   0017399

**UMB 00 02 04 13**

**1)** the transportation of property, unless the "injury or damage" "bodily injury" or "property damage", arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by loading or unloading of that vehicle by any insured; or

**2)** the existence of tools, uninstalled equipment or abandoned or unused materials

**10.** "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

**11.** "Silica-related dust" means a mixture or combination of silica and other dust or particles.

**12.** "Suit" means a civil proceeding in which injuries or damages to which this insurance applies are alleged. "Suit" includes:

**a.** an arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent; or

**b.** any other alternative dispute resolution proceeding in which such damages are claimed and to which you submit with our consent.

**13.** "Underlying insurance" means the policy or policies of insurance listed in the Schedule of Underlying Insurance forming a part of this policy, including any type of self-insurance or alternative method by which the "insured" arranges for funding of legal liabilities that affords coverage that this policy covers.

"Underlying insurance" does not include any Extended Reporting Periods on the policies shown in the Declarations. Extended Reporting Periods must be endorsed onto this policy by us.

**14.** "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of Underlying Insurance.

**15.** "Your product" means:

**a.** any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**1)** you;

**2)** others trading under your name; or

**3)** a person or organization whose business or assets you have acquired; and

**b.** containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** the providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for use of others but not sold.

**16.** "Your work" means:

**a.** work or operations performed by you or on your behalf; and

**b.** materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

**a.** warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**b.** the providing of or failure to provide warnings or instruction.

**B. Applicable to Coverage A Only**

As used in Coverage A:

**1.** "Injury or damage" means any injury or damage covered in the applicable "underlying insurance" arising from an "occurrence".

**2.** "Insured" means:

**a.** the Named Insured stated in the Declarations;

**b.** any person or organization, other than an additional insured, included as an "insured" in "underlying insurance"; and

**c.** any additional insured under any policy of "underlying insurance" will automatically be an "insured" under this insurance.

Subject to the LIMITS OF INSURANCE section, if coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is:

**Includes copyrighted material of Insurance Services Office, Inc., with its permission.**

INSURED

1) the minimum amount of insurance required by the contract or agreement, less any amounts payable by any "underlying insurance"; or

2) the amount of insurance available under the applicable Limits of Insurance shown in the Declarations:

   whichever is less.

3. "Covered auto" means only those "autos" to which "underlying insurance" applies.

4. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

## C. Applicable to Coverage B Only

As used in Coverage B:

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

2. "Bodily injury" means physical injury, sickness or disease to a person and, if arising out of the foregoing, mental anguish, mental injury, shock or humiliation, including death at any time resulting therefrom.

3. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanctions or embargo by the United States of America.

4. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

5. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by laws or any other similar governing document.

6. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   **a.** it incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   **b.** you have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   **a.** the repair, replacement, adjustment or removal of "your product" or "your work";

   **b.** your fulfilling the terms of the contract or agreement.

7. "Insured" means:

   **a.** If you are designated in the Declarations as:

   1) An individual, you and your spouse, but only with respect to the conduct of a business of which you are the sole owner.

   2) A partnership or joint venture, your members, partners and their spouses are also "insureds", but only with respect to the conduct of your business.

   3) A limited liability company, any member, but only with respect to the conduct of your business. Your managers are "insureds" but only with respect to their duties as your managers.

   4) An organization other than a partnership, joint venture or limited liability company, your "executive officers" and directors, but only with respect to their duties as your officers or directors. Your stockholders are also "insureds", but only with respect to their liability as stockholders.

   **b.** Any organization over which the Named Insured maintains majority interest and to which more specific insurance does not apply, other than one which you newly acquire or form;

   **c.** Any newly acquired or formed organization over which the Named Insured maintains majority interest and to which more specific insurance does not apply; provided that this policy does not apply to any injury or damage that took place before you acquired or formed the organization;

   **d.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" are insureds for "bodily injury" or "personal and advertising injury":

UMB 00 02 04 13

**1)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business;

**2)** To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph **1)** above: or

**3)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **1)** or **2)** above.

**e.** any person or organization while acting as your real estate manager; or

**f.** your legal representative if you die, but only with respect to duties as such.

No person or organization is an "insured" with respect to the conduct of any current, past or newly formed partnership or joint venture that is not designated within the Declarations of this policy as Named Insured.

**8.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**9.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses committed in the course of your business:

**a.** false arrest, detention or imprisonment;

**b.** malicious prosecution;

**c.** the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** oral or written publication of material that slanders or libels a person or organization or disparages a person's or organizations goods, products or services;

**e.** oral or written publication of material that violates a person's right of privacy;

**f.** discrimination, unless insurance coverage therefore is prohibited by law or statute;

**g.** the use of another's advertising idea in your "advertisement"; or

**h.** infringing upon another's copyright, trade dress or *slogan* in your "advertisement".

**10.** "Property damage" means:

**a.** physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of *the* physical injury that caused it; or

**b.** loss of use of tangible property that is not physically injured. All such loss shall be deemed to occur at the time of the "occurrence" that caused it.

**11.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**12.** "Tort liability" means a liability that would be imposed by law in the absence of any contract or agreement.

---

## CONDITIONS

### Applicable to Coverage A and Coverage B

The following Conditions are applicable to both Coverage A and Coverage B.

**1.** Appeals

At our option we can initiate or participate in an appeal of a judgment against any "insured" if the judgment is for more than the amount of the Retained Limit Aggregate stated in the Declarations or the Limits of Insurance of "underlying insurance". If we initiate or participate in an appeal, we will pay our costs of the appeal. These payments will be in addition to the Limits of Insurance of this policy.

**2.** Audit of Books and Records

We may audit the "insured's" books and records at any time during the term of this insurance or within three years after expiration or termination.

**3.** Bankruptcy or Insolvency

a. Bankruptcy or Insolvency of Insured

Bankruptcy or insolvency of the "insured' or the "insured's" estate will not relieve us of our obligations under this policy.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

UMB 00 02 04 13

**b.** Bankruptcy or Insolvency of Underlying Insurer

Bankruptcy or insolvency of the "underlying insurer" will not relieve us of our obligations under this policy.

However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

**4.** Cancellation

**a.** The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

**b.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

**1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**2)** 30 days before the effective date of cancellation if we cancel for any other reason.

**c.** We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

**d.** Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

**e.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

**f.** If notice is mailed, proof of mailing will be sufficient proof of notice.

**5.** Changes

Notice to any agent or knowledge possessed by any agent or by any other person will not effect a waiver or change in any part of this policy. This policy can only be changed by a written endorsement that becomes part of this policy.

**6.** Duties in the Event of "Occurrence", Claim or "Suit"

**a.** You must see to it that we and your "underlying insurers":

**1)** are notified as soon as possible of any "occurrence" which may result in a claim if the claim may involve this policy or any "underlying insurance";

**2)** receive notice of the claim or "suit" as soon as possible;

**3)** are helped, at our request, to enforce any right against any person or organization which may be liable to the "insured" because of injury or damage to which this insurance applies; and

**4)** receive the "insured's" full cooperation as stated in this policy or in any "underlying insurance".

**b.** Additionally, it is a requirement of this policy that:

**1)** the "insured" not make any admission of liability; and

**2)** the "insured" not, unless we agree, incur any expense or make any payment other than for first aid. Any such unauthorized expenses will be the "insured's" own cost.

**7.** First Named Insured

The person or organization first named in the Declarations is primarily responsible for the payment of all premiums. The first Named Insured will act on behalf of all other "insureds" for the giving and receiving of notice of cancellation and the receiving of any return premiums that become payable under this policy.

**8.** Inspections and Surveys

**a.** We have the right but are not obligated to:

**1)** make inspections and surveys at anytime;

**2)** give you reports on the conditions we find; and

**3)** recommend changes.

**b.** Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

UMB 00 02 04 13

      **1)** are safe or healthful; or

      **2)** comply with laws, regulations, codes or standards.

  **c.** This condition applies not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

**9.** Maintenance of Underlying Insurance

  **a.** While this policy is in effect you agree to maintain "underlying insurance" in full force. This means that:

      **1)** "underlying insurance" may not be cancelled or non-renewed by either you or the insurance company without notifying us;

      **2)** renewals or replacements of "underlying insurance" will not be more restrictive in coverage;

      **3)** terms, conditions and endorsements of "underlying insurance" will not materially change;

      **4)** collectability of "underlying insurance" limits as listed in the Schedule of Underlying Insurance, or replacements thereof, must be available regardless of the bankruptcy or insolvency of the "underlying insurers"; and

      **5)** limits of "underlying insurance" will not change except for any reduction in the aggregate limits of insurance by payment of loss.

  **b.** Your failure and/or your "underlying insurer's" failure to comply with this condition will not invalidate this policy, but in the event of such failure we will only be liable to the same extent as if there had been compliance with this condition.

**10.** "Other Insurance"

  If "other insurance" applies to claims covered by this policy, the insurance under this policy is excess and we will not make any payments until the "other insurance" has been exhausted by payment of claims. This insurance is not subject to the terms or conditions of any "other insurance".

**10.** "Other Insurance"

  If "other insurance" applies to claims covered by this policy, the insurance under this policy is excess and we will not make any payments until the "other insurance" has been exhausted by payment of claims. This insurance is not subject to the terms or conditions of any "other insurance".

**11.** Other Umbrella Liability Policies

  If this policy and any other umbrella liability policy issued to you by us or any affiliated Company apply to the same "occurrence", the total maximum amount payable under all policies shall not exceed the highest applicable limit of liability under any one policy.

**12.** Policy Period

  **a.** If the "underlying insurance" applies on a claims-made basis, this insurance will respond to injury or damage only if a claim for damages is first received and recorded, in the manner prescribed by the "underlying insurance", during the policy period of this insurance shown in the Declarations, including any Extended Reporting Period applicable to this insurance, regardless of any Extended Reporting Period applicable to "underlying insurance".

  **b.** If the "underlying insurance" does not apply on a claims-made basis, this insurance will respond to injury or damage that occurs or arises from an offense committed during the policy period of this insurance shown in the Declarations.

**13.** Premium

  The premium for this policy as stated in of the Declarations is a flat premium. It is not subject to adjustment unless an endorsement is attached to this policy.

**14.** Representations or Fraud

  By accepting this policy, you agree:

  a. The statements in the Declarations are accurate and complete;

  b. Those statements are based upon representations you made to us;

  c. We issued this policy in reliance upon your representations; and

  d. This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

Page 18 of 20      Includes copyrighted material of Insurance Services Office, Inc., with its permission.      UMB 00 02 04 13

ACP CAA 3037281342      INSURED      43   0017404

UMB 00 02 04 13

**15.** Separation of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

**a.** as if each Named Insured were the only Named Insured; and

**b.** separately to each "insured" against whom claim is made or "suit" is brought.

**16.** Transfer of Rights and Duties

Your rights and duties under this insurance may not be transferred without our written consent. If you die, then your rights and duties will be transferred to your legal representative, but only while acting within the scope of duties as your legal representative. Until your legal representative is apportioned, anyone having temporary custody of your property will have your rights and duties, but only with respect to that property.

**17.** Transfer of Rights of Recovery

**a.** If the "insured" has rights to recover all or part of any payment we have made under this insurance, those rights are transferred to us. The "insured" must do nothing after loss to impair them. At our request, the "insured" will bring "suit" or transfer those rights to us and help us enforce them.

**b.** Any amount recovered will be appointed in the inverse order of payment of loss to the extent of actual payment. The expenses of all such recovery proceedings will be apportioned in the ratio of respective recoveries.

**18.** When Loss is Payable

This policy will not apply until the "insured", or the "insured's" "underlying insurer", is obligated to pay the full amount of the underlying limit or Retained Limit Aggregate. When the amount of "loss" has finally been determined, we will promptly pay on behalf of the "insured" the amount of "loss" which falls within the terms of this policy. The first Named Insured will promptly reimburse us for any amount within the Retained Limit Aggregate paid by us.

---

**NUCLEAR ENERGY LIABILITY EXCLUSION**

**A.** The insurance does not apply:

**1.** Under any Liability Coverage, to "bodily injury" or "property damage":

**a.** With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

**b.** Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

**2.** Under any Medical Payments Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

**3.** Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

**a.** The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

**b.** The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

**UMB 002 04 13**          **Includes copyrighted material of Insurance Services Office, Inc.,**          **Page 19 of 20**
**with its permission.**

ACP CAA 3037281342                              INSURED                              43   0017405

UMB 00 02 04 13

**c.** The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion c. applies only to "property damage" to such "nuclear facility" and any property thereat.

**B.** As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties;

"Nuclear material" means "source material", "Special nuclear material" or "by-product material";

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed

primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

**(a)** Any "nuclear reactor";

**(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"Property damage" includes all forms of radioactive contamination of property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

UMB 00 02 04 13

UMB 00 28 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES – COVERAGE B

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

This insurance only applies to "injury or damage" arising out of the ownership, maintenance or use of premises designated in the "underlying insurance" and any operations necessary or incidental to those premises.

Under **DEFINITIONS**, **A. Applicable to Coverage A and Coverage B**, definition **13.** "Underlying insurance: is replaced by the following:

**13.** "Underlying insurance" means the policy or policies of insurance listed in the Schedule of Underlying Insurance forming a part of this policy.

"Underlying insurance" does not include any Extended Reporting Periods on the policies shown in the Schedule of Underlying Insurance. Extended Reporting Periods must be endorsed onto this policy by us.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAA 3037281342                              INSURED                              43   0017407

UMB 00 52 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance act exceed $100 billion in a Calendar Year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" included in the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under the Policy.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAA 3037281342                    INSURED                    43   0017408

UMB 00 96 01 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION ENDORSEMENT – ILLINOIS JOINT TORTFEASOR ACT – COVERAGE A

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Under **EXCLUSIONS, B. Applicable to Coverage A Only**, the following exclusion is added:

Liability assumed under a written contract that constitutes a waiver of  your right to limit your liability for contribution under the Illinois Joint Tortfeasor Act to the amount of benefits payable under the Illinois Workers Compensation Act and the Illinois Workers Occupational Disease Act, because of "injury or damage" *to your* employee.

**All terms and conditions of this policy apply unless modified by this endorsement.**

UMB 00 96 01 11          Includes copyrighted material of Insurance Services Office, Inc.,          Page 1 of 1
with its permission.
ACP CAA 3037281342                    INSURED                    43   0017409

UMB 12 00 01 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** The **Cancellation** Common Policy Condition is replaced by the following:

**CANCELLATION**

1. The first Named Insured shown in the Declarations may cancel this Policy by mailing to us advance written notice of cancellation.

2. We may cancel this Policy by mailing to you written notice stating the reason for cancellation. If we cancel:

    **a.** For nonpayment of premium, we will mail the notice at least 10 days prior to the effective date of cancellation.

    **b.** For a reason other than nonpayment of premium, we will mail the notice at least:

    **(1)** 30 days prior to the effective date of cancellation if the Policy has been in effect for 60 days or less.

    **(2)** 60 days prior to the effective date of cancellation if the Policy has been in effect for more than 60 days.

3. If this Policy has been in effect for more than 60 days or is a renewal or continuation policy, we may cancel only for one or more of the following reasons:

    **a.** Nonpayment of premium;

    **b.** The Policy was obtained through a material misrepresentation;

    **c.** Any insured has violated any of the terms and conditions of the Policy;

    **d.** The risk originally accepted has measurably increased;

    **e.** Certification to the Director of Insurance of the loss of reinsurance by the insurer that provided coverage to us for all or a substantial part of the underlying risk insured; or

    **f.** A determination by the Director of Insurance that the continuation of the Policy could place us in violation of the insurance laws of this State.

4. We will mail our notice to you, at your last mailing address known to us. Proof of mailing will be sufficient proof of notice.

5. Notification of cancellation will also be sent to your broker, if known, or agent of record, if known.

6. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

7. If this Policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund will be less than pro rata. The cancellation will be effective even if we have not offered a refund.

**B.** The following is added and supersedes any provision to the contrary:

**When We Do Not Renew**

1. If we decide not to renew or continue this Policy, we will mail you written notice stating the reason for nonrenewal, at least 60 days before the end of the policy period for all policies.

2. Proof of mailing will be sufficient proof of notice.

3. Notification of nonrenewal will also be sent to your broker, if known, or agent of record if known.

4. If we offer to renew or continue and you do not accept, this Policy will terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

ACP CAA 3037281342                          INSURED                          43   0017410

**UMB 12 00 01 18**

5.  If we fail to mail proper written notice of nonrenewal and you obtain other insurance, this Policy will end on the effective date of that insurance.

**All terms and conditions of this policy apply unless modified by this endorsement.**

**Page 2 of 2**            Includes copyrighted material of Insurance Services Office, Inc., with its permission.            **UMB 12 00 01 18**

ACP CAA 3037281342                        **INSURED**                        43   0017411

UMB 12 05 03 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS ASBESTOS, LEAD OR RADON
# EXCLUSION – COVERAGE A AND COVERAGE B

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Under **EXCLUSIONS**, **A. Applicable to Coverage A and Coverage B**, exclusion **13.** Asbestos, Electronic Emissions, Lead or Radon is replaced by the following:

**13.** Asbestos, Lead or Radon

"Injury or damage", "bodily injury", "property damage" or "personal and advertising injury" arising out of:

**a.**  Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

**b.**  Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

**c.**  Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions.

**All terms and conditions of this policy apply unless modified by this endorsement.**

UMB 12 05 03 10          Includes copyrighted material of Insurance Services Office, Inc.,          **Page 1 of 1**
with its permission.

ACP CAA 3037281342                              INSURED                              43   0017412

UMB 12 06 04 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – DEFENSE COSTS

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY COVERAGE

The provisions of this endorsement are added to the Commercial Umbrella Liability Insuring Agreement under a duty to defend, and apply to Coverage Parts A and B:

**A.** If we initially defend an insured ("insured") or pay for an insured's ("insured's") defense but later determine that the claim(s) is (are) not covered under this insurance, we will have the right to reimbursement for the defense costs we have incurred.

The right to reimbursement for the defense costs under this provision will only apply to defense costs we have incurred after we notify you in writing that there may not be coverage, and that we are reserving our rights to terminate the defense and seek reimbursement for defense costs.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAA 3037281342                              INSURED                              43   0017413

**UMB 12 08 03 10**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ILLINOIS PUNITIVE DAMAGES EXCLUSION – COVERAGE A AND COVERAGE B

This endorsement modifies insurance provided under the following:

    COMMERCIAL UMBRELLA LIABILITY POLICY

Under **EXCLUSIONS**, **A. Applicable to Coverage A and Coverage B**, the following is added to exclusion **10.** Punitive Damages:

However, we will defend, at our expense, a "suit" brought against an "insured", for acts or alleged acts, seeking both compensatory damages and punitive damages, and/or exemplary damages.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAA 3037281342      INSURED      43   0017414

UMB 12 10 07 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS TOTAL POLLUTION EXCLUSION WITH A HOSTILE FIRE EXCEPTION – COVERAGE B

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Under **EXCLUSIONS**, **C. Applicable to Coverage B Only**, exclusion **15.** Pollution is replaced by the following:

**15.** Pollution

**a.** "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

This exclusion does not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire" unless that "hostile fire" occurred or originated:

**1)** At any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste; or

**2)** At any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations to test for, monitor, clean up, remove, contain, treat, detoxify, neutralize or in any way respond to, or assess the effects of, "pollutants".

For the purposes of this insurance, hostile fire means one that becomes uncontrollable or breaks out from where it is intended to be.

**b.** "Pollution cost or expense".

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAA 3037281342                          INSURED                          43   0017415

UMB 12 11 09 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ILLINOIS CHANGES – CIVIL UNION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA  LIABILITY COVERAGE PART

Under **DEFINITIONS**, **C. Applicable to Coverage B Only**, any references to the term spouse in definition 8. "Insured" are replaced by the following:

Spouse or party to a civil union recognized under Illinois law.

**All terms and conditions of this policy apply unless modified by this endorsement.**

UMB 12 11 09 11          Includes copyrighted material of Insurance Services Office, Inc.,          Page 1 of 1
                                                    with its permission.
ACP CAA 3037281342                                    INSURED                                    43    0017416

UMB 70 09 10 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# POLLUTION EXCLUSION AMENDMENT – COVERAGE A AND COVERAGE B

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

Exclusion **3.** under Paragraph **B. Applicable to Coverage A Only** is amended to include the following:

**c.** Paragraphs **a. and b.** apply whether or not such discharge, dispersal, seepage, migration, release or escape of "pollutants" meets all standards of any statute, ordinance, regulation, permit or license requirement of any federal, state or local government.

Exclusion **15.** under Paragraph **C. Applicable to Coverage B Only** is amended to include the following:

**c.** Paragraphs **a. and b.** apply whether or not such discharge, dispersal, seepage, migration, release or escape of "pollutants" meets all standards of any statute, ordinance, regulation, permit or license requirement of any federal, state or local government.

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAA 3037281342                                    INSURED                                    43   0017417

UMB 70 10 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – WITH LIMITED BODILY INJURY EXCEPTION

This endorsement modifies insurance provided under the following:

COMMERCIAL UMBRELLA LIABILITY POLICY

**A.** Under **Exclusions**, **A. Applicable to Coverage A and Coverage B**, Exclusion **11.** Electronic Data is replaced by the following:

This insurance does not apply to:

**11.** Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability

Damages and "personal and advertising injury" arising out of:

**a.** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**b.** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **a.** or **b.** above.

However, unless Paragraph **a,** above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** For the purposes of this endorsement, the following definitions are added to **Definitions**, **B. Applicable to Coverage A Only**:

"Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters.

"Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

"Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses committed in the course of your business:

**a.** false arrest, detention or imprisonment;

**b.** malicious prosecution;

**c.** the wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

**d.** oral or written publication of material that slanders or libels a person or organization or disparages a person's or organizations goods, products or services;

**e.** oral or written publication of material that violates a person's right of privacy;

**f.** discrimination, unless insurance cover-age therefore is prohibited by law or statute;

**g.** the use of another's advertising idea in your "advertisement"; or

**h.** infringing upon another's copyright, trade dress or slogan in your "advertisement".

**All terms and conditions of this policy apply unless modified by this endorsement.**

ACP CAA 3037281342     INSURED     43   0017418

**13614 (07-89)**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ILLINOIS SPECIAL CONTINUATION PROVISION**

If we offer to continue and you do not accept, this policy will automatically terminate at the end of the current policy period.  Failure to pay the required continuation premium when due shall mean that you have not accepted our offer.

**13614 (07-89)**